IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

ARC CONTROLS, INC.,　　　　　　　　　　）
　　　　　　　　　　　　　　　　　　　）
　　Plaintiff,　　　　　　　　　　　　）
　　　　　　　　　　　　　　　　　　　）　CASE NO.: 1:19-cv-00391-LG-RHW
v.　　　　　　　　　　　　　　　　　　）
　　　　　　　　　　　　　　　　　　　）
M/V NOR GOLIATH, *in rem*, and　　　　）
GOLIATH OFFSHORE HOLDINGS　　　　　　 ）　IN ADMIRALTY
PTE. LTD., *in personam*,　　　　　　 ）
　　　　　　　　　　　　　　　　　　　）
　　Defendants.　　　　　　　　　　　　）
　　　　　　　　　　　　　　　　　　　）

## O R D E R FOR ISSUANCE OF PROCESS OF MARITIME ATTACHMENT AND ARREST, FRCP RULE C(2)(a)

Upon reading the Complaint and affidavit seeking issuance of process of maritime arrest in this action, and good cause appearing therefor, it is

**ORDERED:**

That the Clerk issue the process of maritime arrest of the vessel M/V NOR GOLIATH, official number 9396933, her engines, tackle, boilers, etc. and against all persons having or claiming to have any interest therein, that they be cited to appear and answer under oath all and singular the matters set forth in the Complaint.

That any person claiming an interest in the property arrested may, upon a showing of any improper practice or a manifest want of equity on the part of the Plaintiff, be entitled to an order requiring the Plaintiff to show cause why the arrest should not be vacated or other relief granted; and it is further ORDERED:

{04944373.1}

That a copy of this Order must be attached to and served with the process of maritime arrest.

This, the 12th day of July, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

**Order Submitted by:**

H. Finn Cox, Jr. (MS Bar No. 104750)
MAYNARD, COOPER & GALE, P.C.
RSA Battle House Tower
11 North Water Street, Suite 24290
Mobile, Alabama 36602
(t) 251.432.0001
(f) 251.432.0007
fcox@maynardcooper.com

Attorney for Plaintiff, Arc Controls, Inc.

{04944373.1}