IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**
JUL 12 2019
ARTHUR JOHNSTON
BY_____ DEPUTY

| | |
|---|---|
| ARC CONTROLS, INC., | ) |
| Plaintiff, | ) |
| v. | ) CASE NO.: 1:19-cv-00391-LG-RHW |
| M/V NOR GOLIATH, *in rem*, and GOLIATH OFFSHORE HOLDINGS PTE. LTD., *in personam*, | ) IN ADMIRALTY |
| Defendants. | ) |

## ORDER PERMITTING SHIFTING OF VESSEL, IF NECESSARY

Plaintiff, Arc Controls, Inc. ("Arc"), has asked the Court to enter an Order permitting the Substitute Custodian to allow the shifting of the M/V NOR GOLIATH, official number 9396933, if necessary, due to the approach of Tropical Storm Barry. The Court **GRANTS** the motion for the following reasons:

1. Pursuant to this Court's Order, the Clerk of the Court has issued a warrant of arrest of the M/V NOR GOLIATH, official number 9396933, commanding the United States Marshal for this district to arrest it, take it into custody, and detain it until further order. The Marshal has done so.

3. The Court has appointed U.S. Maritime Services to act as substitute custodian of the vessel for safekeeping while under its arrest.

4. The vessel is now in this district at the Port of Gulfport at 1000 30th Avenue, South Extension, West Pier Terminal, Gulfport, Mississippi 39501.

5. The Master of the M/V NOR GOLIATH has received a Weather Advisory from the U.S. Coast Guard advising all maritime interests within the district to take precautionary measures in anticipation of the arrival of Tropical Storm Barry within the next twenty-four (24) hours.

6. In the event that weather conditions deteriorate, the Master of the M/V NOR GOLIATH has indicated that, in the interest of the safety of the vessel and crew, the vessel should be shifted to the VT Halter facility in Pascagoula, Mississippi.

7. The VT Halter facility in Pascagoula, Mississippi is within the territorial jurisdiction of this Court, so the anticipated shifting of the vessel would not defeat this Court's jurisdiction over the vessel.

Therefore, the Court **ORDERS** that, if deteriorating weather conditions require a safer berth over the next forty-eight (48) hours, the Substitute Custodian may allow the vessel to be shifted to the VT Halter facility in Pascagoula, Mississippi. The vessel should NOT be permitted to leave the territorial jurisdiction of this Court without further Court order.

Dated: July 12, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

**Order Submitted by:**

H. Finn Cox, Jr. (MS Bar No. 104750)
MAYNARD, COOPER & GALE, P.C.
RSA Battle House Tower
11 North Water Street, Suite 24290
Mobile, Alabama 36602
(t) 251.432.0001
(f) 251.432.0007
fcox@maynardcooper.com

Attorney for Plaintiff, Arc Controls, Inc.

{04946565.1}   2