# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| **ARC CONTROLS, INC.,** § § *Plaintiff,* § **v.** § § **M/V NOR GOLIATH,** *in rem,* **and** § **GOLIATH OFFSHORE HOLDINGS PTE.** § **LTD,** *in personam*, § § *Defendants.* § § **v.** § § **CYPRESS PIPELINE AND PROCESS** § **SERVICES, LLC,** § § *Plaintiff-in-Intervention*, § § **v.** § § **M/V NOR GOLIATH,** *in rem,* **and** § **GOLIATH OFFSHORE HOLDINGS PTE.** § **LTD,** *in personam*, § § *Defendants-in-Intervention.* § | **CASE NO.: 1:19-CV-0391-LG-RHW** **IN ADMIRALTY** |

## UNOPPOSED MOTION FOR LEAVE TO FILE COMPLAINT IN INTERVENTION

NOW COMES Cypress Pipeline and Process Services, LLC ("Cypress"), who moves this Court for an Order permitting it to file the attached Complaint in Intervention. Undersigned counsel has conferred with counsel for Plaintiff, Arc Controls, Inc., and confirmed that Plaintiff does not oppose this Motion.

WHEREFORE, PREMISES CONSIDERED, Cypress Pipeline and Process Services, LLC respectfully requests the entry of an Order granting this Motion and authorizing Cypress to file the

attached Complaint in Intervention.  Cypress requests such additional relief as this Court deems just and proper.

    RESPECTFULLY SUBMITTED, this the 18th day of July, 2019.

               **BUTLER SNOW LLP**

          **By:** */s/ Michael C. McCabe, Jr.*
             Michael C. McCabe, Jr.
             Mississippi Bar No.: 101548
             Email:  michael.mccabe@butlersnow.com
             1300 25th Avenue, Suite 204
             Gulfport, Mississippi  39502-4248
             Telephone:  228-575-3025
             Facsimile:   228-868-1531

         **ATTORNEYS FOR CYPRESS PIPELINE**
         **AND PROCESS SERVICES, LLC**

**OF COUNSEL:**

**Scott D. Marrs** – *Application to appear Pro Hac Vice forthcoming*
Texas Bar No.: 13013400
Email:  scott.marrs@akerman.com
**Brian T. Bagley** – *Application to appear Pro Hac Vice forthcoming*
Texas Bar No.: 24035541
Email:  brian.bagley@akerman.com
**James E. Rogers -** – *Application to appear Pro Hac Vice forthcoming*
Texas Bar No.:  2405165
Email:  james.rogers@akerman.com
1300 Post Oak Blvd., Suite 2500
Houston, Texas  77056
Telephone: 713-623-0887
Facsimile:  713-960-1527

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that a true and correct copy of the foregoing document was served via the Court's electronic filing system on all counsel of record and/or via registered and regular U.S. Mail on this 18th day of July 2019.

                */s/ Michael C. McCabe, Jr.*
                **MICHAEL C. MCCABE, JR.**