UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

ARC CONTROLS, INC

VERSUS                                      Case No.: 1:19-cv-00391-LG-RHW

M/V NOR GOLIATH., *In Rem*, and             FRCP 9(h)
GOLIATH OFFSHORE HOLDINGS                   In Admiralty
PTE. LTD, *In Personam*

## MOTION TO WITHDRAW APPLICATION (DOC. 14)

Comes now Intervenor Plaintiff, Oceanwide Cyprus, Ltd. ("Oceanwide"), and moves to withdraw its previously filed "Application [for] Warrant of Arrest In Rem" (Doc. 14). As grounds therefore, Oceanwide Cyprus, Ltd., shows as follows:

Intervening Plaintiff is required to re-arrest the M/V NOR GOLIATH to assert and/or perfect its maritime lien against said vessel. L.A.R. E(3)(b) directs that, after filing the intervening complaint, "The intervening party must also prepare and submit to the clerk a supplemental warrant for arrest …." No application or motion for this task is required. Accordingly, Oceanwide Cyprus, Ltd.'s referenced Application was filed in error and should be disregarded.

WHEREFORE, based on the foregoing, Oceanwide Cyprus, Ltd., *withdraws its "Application [for] Warrant of Arrest In Rem" (Doc. 14)*, and asks that the same be disregarded and/or stricken from the civil docket of this matter.

Done this the 19th day of July, 2019.

Respectfully submitted,

*s/John P. Kavanagh, Jr.*
John P. Kavanagh, Jr.
MS Bar #9499
E-mail:jkavanagh@burr.com
Attorney for Intervenor
Oceanwide Cyprus, Ltd.

OF COUNSEL:
Burr & Forman LLP
RSA Tower
11 North Water Street
Suite 22200
Mobile, Alabama 36602
Telephone: (251) 344-5151
Facsimile: (251) 344-9696

## CERTIFICATE OF SERVICE

      I hereby certify that on this 19th day of July, 2019, I have served a copy of the foregoing documents by electronically filing same with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Herman F. Cox , Jr.
MAYNARD, COOPER & GALE, PC - Mobile
11 North Water Street, Suite 24290
Mobile, AL 36602
251/432-0001
Fax: 251/432-0007
Email: fcox@maynardcooper.com

James G. Wyly , III
PHELPS DUNBAR, LLP - Gulfport
2602 13th Street, Suite 300
Gulfport, MS 39501
228/679-1130
Fax: 228/679-1131
Email: wylyj@phelps.com

Gerard J. Dragna
MOULEDOUX, BLAND, LEGRAND, & BRACKETT, LLC
701 Poydras St., Suite 4250
New Orleans, LA 70139
(504) 595-3000
Fax: (504) 522-2121
Email: gdragna@mblb.com

Michael Clark McCabe , Jr.
BUTLER SNOW LLP-Gulfport
P.O. Drawer 4248
1300 25th Avenue, Suite 204 (39501)
Gulfport, MS 39502-4248
228/575-3025
Fax: 228/868-1531
Email: michael.mccabe@butlersnow.com

      *s/John P. Kavanagh, Jr.*
      COUNSEL