# EXHIBIT "A"

## Versabar Invoices

# VERSABAR
## INVOICE
11349 FM 529 ROAD • HOUSTON, TX 77041 • (713) 937-3100 • (713) 937-7222

NAME: EPIC COMPANIES, LLC  
    1080 Eldridge Parkway, Suite 1300  
    Houston, Texas 77077

ATTN: ACCOUNTS PAYABLE via *apinvoices@epiccompanies.com*

DATE: April 15, 2019  
INVOICE: V0319016  
JOB NO. 19C079M

Work Location: Houston Office  
Non-Taxable

PROJECT REF: Rigging FEED Study for EW 947  
PO # 32696  
Job # 7264

NET: 30

*Wire Instructions - Please Remit To:* Wells Fargo Bank, N.A - ABA # 121000248  
SWIFT Code BIC WFBIUS6S  
Customer Acct Name: Versabar, Inc.  
Customer Acct No: 4945646867

## 1. PROJECT MANAGEMENT
### (As per Schedule of Rates)

Labor Period: March 1, 2019 through April 6, 2019

| Personnel | Rate | OT Rate | Hrs | OT Hrs | Costs |
|---|---|---|---|---|---|
| M. Fish (Sr. Project Manager) | | | 1.00 | | |
| C. Steinmetz (Sr. Project Manager) | | | 22.25 | | |
| | | | | Billing Budget Estimate | $ 1,445.00 |

## 2. Engineering & Drafting - (As per Schedule of Rates)

Labor Period: March 1, 2019 through April 6, 2019

| Personnel | Rate | OT Rate | Hrs | OT Hrs | Costs |
|---|---|---|---|---|---|
| C. Cain (Rigging Engineering Manager) | | | 7.50 | | |
| M. Martin (Project / Field Engineer) | | | 1.00 | | |
| R. Carmouche (Sr. Designer/Draftsman) | | | 47.00 | 11.50 | |
| G. Grady (Designer / Draftsman) | | | 16.00 | | |
| J. McGee (Designer / Draftsman) | | | 2.00 | | |
| | | | | Billing Budget Estimate | $ 7,100.00 |

### SUBTOTALS

| | | |
|---|---|---|
| | **INVOICE TOTAL** | $ 8,545.00 |


EXHIBIT A

Page 1 of 1

# VERSABAR
## INVOICE

11349 FM 529 ROAD • HOUSTON, TX 77041 • (713) 937-3100 • (713) 937-7222

NAME: EPIC COMPANIES, LLC  
        1080 Eldridge Parkway, Suite 1300  
        Houston, Texas 77077  

ATTN: ACCOUNTS PAYABLE via *apinvoices@epiccompanies.com*

DATE: May 8, 2019  
INVOICE: V0519003  
JOB NO. 19C079M  

Work Location: EW 947  
Non-Taxable  

PROJECT REF: EW 947  
PO # 33612  
Job # 7264 / BUNGER04082019-1  

NET: 30

*Wire Instructions - Please Remit To:* Wells Fargo Bank, N.A - ABA # 121000248  
SWIFT Code BIC WFBIUS6S  
Customer Acct Name: Versabar, Inc.  
Customer Acct No: 4945646867  

| 2. FABRICATION & LOAD TESTING | | |
|---|---|---|
| Description | | Cost |
| A. Hook Lugs (Qty 2) | Lump Sum $ 50,139 | $ 50,139.00 |
| B. Hook Base Pins (Qty 4) | Lump Sum $ 25,338 | $ 25,338.00 |
| C. Hook Base Modifications | Lump Sum $ 7,576 | $ 7,576.00 |
| D. C6 Link Modifications (Qty 4) | Lump Sum $ 22,335 | $ 22,335.00 |
| | SUBTOTAL | $ 105,388.00 |

SUBTOTALS

| | |
|---|---|
| 2. FABRICATION & LOAD TESTING | $ 105,388.00 |
| *INVOICE TOTAL* | *$ 105,388.00* |

Page 1 of 1

# VERSABAR
## INVOICE

11349 FM 529 ROAD • HOUSTON, TX 77041 • (713) 937-3100 • (713) 937-7222

| | |
|---|---|
| NAME: EPIC COMPANIES, LLC | DATE: June 11, 2019 |
| 1080 Eldridge Parkway, Suite 1300 | INVOICE: V0519028 |
| Houston, Texas 77077 | JOB NO. 19C079M |
| ATTN: ACCOUNTS PAYABLE via apinvoices@epiccompanies.com | Work Location: EW 947 Non-Taxable |

PROJECT REF: EW 947
PO # 33612
Job # 7264 / BUNGER04082019-1

NET: 30

*Wire Instructions – Please Remit To:* Wells Fargo Bank, N.A - ABA # 121000248
SWIFT Code BIC WFBIUS6S
Customer Acct Name: Versabar, Inc.
Customer Acct No: 4945646867

### 5. Equipment Mobilization

| Description | | | | | Cost |
|---|---|---|---|---|---|
| | | | Cost + 5% | | |
| Provider | Invoice # | Date | Cost | 5% | |
| Packard Truck Line | 1-16418 | 4/16/2019 | $ 1,350.00 | $ 67.50 | $ 1,417.50 |
| Packard Truck Line | 1-16490 | 5/8/2019 | $ 850.00 | $ 42.50 | $ 892.50 |
| Packard Truck Line | 1-16491 | 5/8/2019 | $ 850.00 | $ 42.50 | $ 892.50 |
| Packard Truck Line | 1-16492 | 5/8/2019 | $ 850.00 | $ 42.50 | $ 892.50 |
| Packard Truck Line | 1-16495 | 5/9/2019 | $ 1,350.00 | $ 67.50 | $ 1,417.50 |
| Packard Truck Line | 1-16496 | 5/9/2019 | $ 700.00 | $ 35.00 | $ 735.00 |
| United Vision Logistics | 2478104 | 5/9/2019 | $ 1,350.00 | $ 67.50 | $ 1,417.50 |
| | | | | SUBTOTAL | $ 7,665.00 |

### SUBTOTALS

| | | |
|---|---|---|
| Equipment Mobilization | $ | 7,665.00 |
| *INVOICE TOTAL* | $ | 7,665.00 |

Page 1 of 1

# VERSABAR

## INVOICE

11349 FM 529 ROAD • HOUSTON, TX 77041 • (713) 937-3100 • (713) 937-7222

| | |
|---|---|
| NAME: EPIC COMPANIES, LLC | DATE: June 18, 2019 |
| 1080 Eldridge Parkway, Suite 1300 | INVOICE: V0519030 |
| Houston, Texas 77077 | JOB NO. 19C079M |
| ATTN: ACCOUNTS PAYABLE via *apinvoices@epiccompanies.com* | Work Location: EW 947 |
| | Non-Taxable |

PROJECT REF: EW 947
PO # 33612
Job # 7264 / BUNGER04082019-1

NET: 30

*Wire Instructions – Please Remit To:* Wells Fargo Bank, N.A - ABA # 121000248
SWIFT Code BIC WFBIUS6S
Customer Acct Name: Versabar, Inc.
Customer Acct No: 4945646867

### Rigging / Equipment Rental

| Item | Rental Period | | Rental Days | Costs |
|---|---|---|---|---|
| All Rigging Rental equipment associated with Versabar DWG: 19C079M-0014-0<br>1st Month $ 67,620<br>(each addition month $ 33,810) | 5/8/2019 | 6/7/2019 | 31 days | $ 67,620.00 |

### SUBTOTALS

| | | |
|---|---|---|
| Rigging / Equipment Rental | $ | 67,620.00 |
| *INVOICE TOTAL* | $ | *67,620.00* |

Page 1 of 1