IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| ARC CONTROLS, INC. | PLAINTIFF |
| VERSABAR, INC. | INTERVENOR PLAINTIFF |
| CYPRESS PIPELINE AND PROCESS SERVICES, LLC | INTERVENOR PLAINTIFF |
| OCEANWIDE CYPRUS, LTD. | INTERVENOR PLAINTIFF |
| MARMAC, LLC | INTERVENOR PLAINTIFF |
| CURTIN MARITIME CORPORATION | INTERVENOR PLAINTIFF |
| v. | Civil Action No. 1:19-cv-391-LG-RHW |
| M/V NOR GOLIATH *in rem* and GOLIATH OFFSHORE HOLDINGS, PTE. LTD *in personam* | DEFENDANTS |
| GOLIATH OFFSHORE HOLDINGS, PTE. LTD *in personam* and M/V NOR GOLIATH *in rem* | THIRD PARTY PLAINTIFFS |
| v. | |
| EPIC COMPANIES, LLC | THIRD PARTY DEFENDANT |

*consolidated with*

| | |
|---|---|
| DAN BUNKERING (AMERICA) INC. | PLAINTIFF |
| v. | Civil Action No. 1:19-cv-395-HSO-JCG |
| NOR GOLIATH *in rem*, GOLIATH OFFSHORE HOLDING PRIVATE LIMITED *in personam*, | DEFENDANTS |

EPIC COMPANIES, LLC *in personam*
and EPIC APPLIED TECHNOLOGIES,
LLC *in personam*

## ORDER CONSOLIDATING CASES; GRANTING DAN BUNKERING (AMERICA) INC.'S MOTION TO CONSOLIDATE

BEFORE THE COURT is a Motion to Consolidate, filed by Dan Bunkering (America) Inc. (ECF No. 7), Plaintiff in Civil Action No. 1:19-cv-395-HSO-JCG. The Court finds that in the interest of judicial economy, Civil Action No. 1:19-cv-391-LG-RHW and Civil Action No. 1:19-cv-395-HSO-JCG should be consolidated for all purposes pursuant to Federal Rule of Civil Procedure 42 as they involve common questions of law and fact. The above-captioned cases are hereby consolidated under the earlier filed cause number of 1:19-cv-391-LG-RHW. All further pleadings shall be filed in Civil Action No. 1:19-cv-391-LG-RHW.

SO ORDERED, this the 26th day of July, 2019.

*s/ John C. Gargiulo*
JOHN C. GARGIULO
UNITED STATES MAGISTRATE JUDGE