**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| | |
|---|---|
| PLAINTIFF: Candy Apple, L.L.C. | COURT CASE NUMBER: 1:19-cv-391 |
| DEFENDANT: M/V NOR GOLIATH | TYPE OF PROCESS: Vessel Arrest |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Master, M/V NOR GOLIATH, Official No. 9396933
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
Port of Pascagoula, 505 Port Road, Pascagoula, Mississippi, 39581

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Samuel Gregory, One Eastover Center, 100 Vision Drive Suite 400
Jackson, Mississippi, 39211
601.969.4656

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

This USM 285 Form is being submitted in connection with Service of Supplemental Vessel Arrest Warrant on behalf of intervenor Candy Apple, L.L.C.

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 504-566-5225
DATE: 7/24/14

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)*
Total Process: 1
District of Origin: A43
District to Serve: A43
Signature of Authorized USMS Deputy or Clerk: *J. Mitchell*
Date: 10/10/19

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*:

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
OCT 18 2019
BY _____ DEPUTY
ARTHUR JOHNSTON

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Date: 10.18.19   Time: 1000 ☒ am ☐ pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) | |
|---|---|---|---|---|---|---|
| 260.00 | 60.38 | — | 320.38 | | $0.00 | 320.38 |

REMARKS: 2 Deputies x 2hrs = 260.00

DISTRIBUTE TO:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 11/13