IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
FILED

NOV 26 2019

ARTHUR JOHNSTON
BY_____ DEPUTY

|  |  |  |
|---|---|---|
| ARC CONTROLS, INC., | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CASE NO. 1:19-cv-391-LG-RHW |
| | ) | |
| M/V NOR GOLIATH, *in rem*, and | ) | *Consolidated with:* |
| GOLIATH OFFSHORE HOLDINGS | ) | CASE NO. 1:19-cv-395-HSO-JCG |
| PTE. LTD., *in personam* | ) | |
| | ) | |

## ORDER

Upon considering the foregoing Motion for Interlocutory Sale of Vessel filed by Oceanwide Cyprus, Ltd., and the Motion to Release Vessel by Owners Providing Counter-Surety Bond filed by M/V NOR GOLIATH, *in rem*, and Goliath Offshore Holdings PTE, Ltd., *in personam;* the argument of counsel, the record of this matter and the law:

IT IS ORDERED that the Motion for Interlocutory Sale of Vessel (Rec. Doc. No. 147) filed by Oceanwide Cyprus, Ltd. be, and is hereby, DENIED as MOOT.

IT IS FURTHER ORDERED that the Motion to Release Vessel by Owners Providing Counter-Surety Bond (Rec. Doc. No. 154) filed by M/V NOR GOLIATH, *in rem*, and Goliath Offshore Holdings PTE. Ltd., *in personam* be, and is hereby, GRANTED.

IT IS FURTHER ORDERED that the special bond be set in the amount of $3,921,000.00 as sufficient security for the M/V NOR GOLIATH in respect to the alleged maritime lien claims filed by Plaintiffs and Intervenors in this matter pursuant to Rule (E)(5)(a) of the Supplemental Rules for Admiralty or Maritime Claims and the Clerk of this Court is authorized, instructed, and directed to accept said bond into the Court's Registry.

PD.27490942.1

IT IS FURTHER ORDERED that the U.S. Marshal for the Southern District of Mississippi and U.S. Maritime Security as substitute custodian be and are hereby directed to release the M/V NOR GOLIATH from arrest and to deliver her forthwith to her present owner and/or operator by and through the Master of said vessel.

Gulfport, Mississippi this 26th day of November 2019.

_____
UNITED STATES DISTRICT JUDGE