U.S. Department of Justice  
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Arc Controls Inc. | 1:19-cv-391-LG-RHW |
| DEFENDANT | TYPE OF PROCESS |
| M/V NOR GOLIATH and Goliath Offshore Holdings Pte. Ltd. | Service of Court Order |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN  
Chief crew member aboard M/V NOR GOLIATH

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)  
Vessel Berthed at Signing River Island

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW  
Attn: Zachary J. Ardoin  
Phelps Dunbar LLP  
Canal Place; 365 Canal Street, Suite 2000  
New Orleans, LA 70130

Number of process to be served with this Form 285: 1  
Number of parties to be served in this case: 1  
Check for service on U.S.A.

SOUTHERN DISTRICT OF MISSISSIPPI  
FILED  
DEC 18 2019  
ARTHUR JOHNSTON  
BY _____ DEPUTY

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Follow Highway 90, vessel is berthed across from U.S. Customs Office in Pascagoula

Signature of Attorney other Originator requesting service on behalf of:  
[ ] PLAINTIFF  
[x] DEFENDANT  
TELEPHONE NUMBER: 504-584-9214

SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)

I hereby certify and return that I [x] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):  
Cigarroa Agustin - Chief Engineer

Date: 12.4.19  Time: 2:30 pm

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 130.00 | 51.12 | 8.00 | | | 189.12 |

REMARKS: 90 mi R/T