IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| ARC CONTROLS, INC. | PLAINTIFF |
| v. | CAUSE NO. 1:19CV391-LG-RPM |
| M/V NOR GOLIATH *in rem,* and GOLIATH OFFSHORE HOLDINGS, PTE. LTSD, *in personam* | DEFENDANTS |

*consolidated with*

| | |
|---|---|
| DAN BUNKERING (AMERICA) INC. | PLAINTIFF |
| v. | CAUSE NO. 1:19cv935-LG-RPM |
| NOR GOLIATH in rem; GOLIATH OFFSHORE HOLDING PRIVATE LIMITED in personam; EPIC COMPANIES, LLC in personam; EPIC APPLIED TECHNOLOGIES, LLC | DEFENDANTS |

### ORDER GRANTING ARC CONTROLS, INC.'S
### MOTION FOR VOLUNTARY DISMISSAL

**BEFORE THE COURT** is the [347] Motion for Voluntary Dismissal filed by Arc Controls, Inc., pursuant to Fed. R. Civ. P. 41(a)(2). The parties have reached a settlement as to Arc's claims against M/V NOR GOLIATH *in rem* and Goliath Offshore Holdings Private Limited *in personam*. Therefore, after reviewing the Motion, the record in this matter, and the applicable law, the Court finds that Arc's Motion should be granted.

-2-

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the [347] Motion for Voluntary Dismissal filed by Arc Controls, Inc., is **GRANTED**. All of the claims filed against M/V NOR GOLIATH *in rem* and Goliath Offshore Holdings Private Limited *in personam* are **DISMISSED WITH PREJUDICE**. All other claims in this lawsuit shall remain pending, and Arc Controls, Inc., reserves its right to pursue any claims it has against Epic Companies, LLC.

**SO ORDERED AND ADJUDGED** this the 7th day of October, 2020.

s/ *Louis Guirola, Jr.*
Louis Guirola, Jr.
United States District Judge