IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| ARC CONTROLS, INC., ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | CASE NO. 1:19-cv-391-LG-RPM |
| ) | |
| M/V NOR GOLIATH, *in rem*, and ) | Consolidated with: |
| GOLIATH OFFSHORE HOLDINGS PTE. ) | CASE NO. 1:19-cv-395-LG-RPM |
| LTD., *in personam* ) | |
| _____ ) | |

**NOTICE TO TAKE 30(B)(6) CORPORATE DEPOSITION OF
VERSABAR, INC.**

**COME NOW** Defendants, M/V NOR GOLIATH, *in rem*, and GOLIATH OFFSHORE HOLDINGS PTE. LTD., *in personam* (collectively "Defendants" or "Goliath"), through undersigned counsel, who respectfully give the Court notice of service of their *30(b)(6) Corporate Deposition Re-Notice of Versabar, Inc.* on all counsel of record.

Done this 22nd day of January, 2021.

                              Respectfully submitted:

                              */s/Miles P. Clements*
                              James G. Wyly, III, MS Bar 7415
                              Phelps Dunbar LLP
                              2602 13th Street, Suite 300
                              Gulfport, Mississippi 39501
                              Telephone:   (228) 679-1130
                              Facsimile:    (228) 679-1131
                              E-Mail:       jim.wyly@phelps.com

                              -and-

                              Miles P. Clements, T.A. (4184)
                              Joseph E. Lee III (26968)
                              Zachary J. Ardoin (37575)
                              Phelps Dunbar LLP
                              365 Canal Street, Suite 2000
                              New Orleans, Louisiana  70130
                              Telephone:   (504) 566-1311
                              Facsimile:    (504) 568-9130
                              E-Mail:       miles.clements@phelps.com

josh.lee@phelps.com
zachary.ardoin@phelps.com

*Counsel for Defendants M/V NOR GOLIATH, in rem, and GOLIATH OFFSHORE HOLDINGS PTE. LTD., in personam*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 22, 2021, I electronically filed the foregoing *Notice to Take 30(B)(6) Corporate Deposition* with the Clerk of the Court using the ECF system which sent notification of such filing to all parties by operation of the Court's electronic filing system.

/s/Miles P. Clements