UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF MISSISSIPPI

SOUTHERN DIVISION

ARC CONTROLS, INC.

VERSUS                                                            CASE NO. 1:19-cv-00391-LG-RPM

M/V NOR GOLIATH, *In Rem,* and                  *Consolidated with:*
GOLIATH OFFSHORE HOLDINGS              Case No. 1:19-cv-00395-LG-RPM
PTE.LTD, *In Personam*

## MOTION FOR SUMMARY JUDGMENT ON BEHALF OF
## MCALLISTER TOWING OF NEW YORK, LLC

NOW COMES Plaintiff-in-Intervention, McAllister Towing of New York, LLC ("McAllister"), and respectfully files its Motion for Summary Judgment. Based on the undisputed facts and applicable law, McAllister is entitled to recognition and enforcement of its maritime lien rights against the M/V NOR GOLIATH. For the reasons more fully discussed in the accompanying Memorandum in Support, McAllister respectfully requests that its motion be granted.

Respectfully submitted:

***s/André J. Mouledoux***
GERARD J. DRAGNA (MS Bar #104083)
ANDRÉ J. MOULEDOUX (*Pro Hac Vice*)
TREVOR M. CUTAIAR (*Pro Hac Vice*)
Mouledoux, Bland, Legrand & Brackett
701 Poydras Street, Suite 600
New Orleans, LA  70139
Telephone:   504-595-3000
Facsimile:    504-522-2121
E-Mail:  amouledoux@mblb.com
            tcutaiar@mblb.com
            gdragna@mblb.com

*Counsel for Plaintiff in Intervention, McAllister Towing of New York, LLC*

## **CERTIFICATE OF SERVICE**

 I hereby certify that on February 15, 2021, I electronically filed the foregoing with the Clerk of Court by using CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

      s/André J. Mouledoux