IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| ARC CONTROLS, INC., et al. | § | |
| | § | |
| *Plaintiffs,* | § | |
| | § | |
| v. | § | CASE NO.: 1:19-CV-0391-LG-RHW |
| | § | |
| M/V NOR GOLIATH, *in rem,* and | § | IN ADMIRALTY |
| GOLIATH OFFSHORE HOLDINGS PTE. | § | |
| LTD, *in personam*, | § | |
| | § | |
| *Defendants.* | § | |

**PLAINTIFF-IN-INTERVENTION CYPRESS PIPELINE AND PROCESS
SERVICES, LLC'S NOTICE OF WITHDRAWAL OF
[416] SUPPLEMENTAL MOTION FOR SUMMARY JUDGMENT**

Plaintiff-in-Intervention Cypress Pipeline and Process Services, LLC ("Cypress") hereby

withdraws its Supplemental Motion for Summary Judgment [ECF No. 416] based upon the parties'

agreement-in-principle to settle Cypress's claims against the Defendants. Upon consummation of the

settlement, the parties will present an appropriate stipulation or proposed final judgment dismissing

Cypress's claim with prejudice.

Respectfully submitted on this 22nd day of February, 2020.

BUTLER SNOW LLP

By: */s/Michael C. McCabe, Jr.*
    Michael C. McCabe, Jr., MS Bar No.: 101548
    Email:  michael.mccabe@butlersnow.com
    1300 25th Avenue, Suite 204
    Gulfport, Mississippi 39502-4248
    Telephone:  228-575-3025
    Facsimile:  228-868-1531

**ATTORNEYS FOR PLAINTIFF-IN-
INTERVENTION, CYPRESS PIPELINE
AND PROCESS SERVICES, LLC**

**OF COUNSEL:**

**Scott D. Marrs** *– Admitted Pro Hac Vice*
Texas Bar No.: 13013400
Email:  scott.marrs@akerman.com
**Brian T. Bagley** *– Admitted Pro Hac Vice*
Texas Bar No.: 24035541
Email:  brian.bagley@akerman.com
**James E. Rogers** *– Admitted Pro Hac Vice*
Texas Bar No.:  24051265
Email:  james.rogers@akerman.com
1300 Post Oak Blvd., Suite 2500
Houston, Texas 77056
Telephone: 713-623-0887
Facsimile:  713-960-1527

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was served via the Court's electronic filing system on all counsel of record and/or via registered and regular U.S. Mail on this 22nd day of February 2021.

*/s/Michael C. McCabe, Jr.*
Michael C. McCabe, Jr.

57676512.v1                                          2