IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| ARC CONTROLS, INC. | PLAINTIFF |
| v. | CAUSE NO. 1:19CV391-LG-RPM |
| M/V NOR GOLIATH *in rem,* and GOLIATH OFFSHORE HOLDINGS, PTE. LTSD, *in personam* | DEFENDANTS |

*consolidated with*

| | |
|---|---|
| DAN BUNKERING (AMERICA) INC. | PLAINTIFF |
| v. | CAUSE NO. 1:19cv935-LG-RPM |
| NOR GOLIATH in rem; GOLIATH OFFSHORE HOLDING PRIVATE LIMITED in personam; EPIC COMPANIES, LLC in personam; EPIC APPLIED TECHNOLOGIES, LLC | DEFENDANTS |

### ORDER GRANTING ARC CONTROLS, INC.'S MOTION FOR VOLUNTARY DISMISSAL

**BEFORE THE COURT** is the [448] Motion for Voluntary Dismissal filed by the plaintiff-in-intervention, Versabar, Inc.  Versabar wishes to dismiss all claims and demands that it has presented in this lawsuit.  Therefore, after reviewing the Motion, the record in this matter, and the applicable law, the Court finds that Versabar's Motion should be granted.

-2-

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the [448] Motion for Voluntary Dismissal filed by the plaintiff-in-intervention, Versabar, Inc., is **GRANTED**. All of Versabar's claims are **DISMISSED WITH PREJUDICE** with each party to bear its own costs.

**SO ORDERED AND ADJUDGED** this the 25th day of February, 2021.

*s/ Louis Guirola, Jr.*
Louis Guirola, Jr.
United States District Judge