IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| ARC CONTROLS, INC.,<br>    Plaintiff,<br><br>v.<br><br>M/V NOR GOLIATH, *in rem*, and<br>GOLIATH OFFSHORE HOLDINGS PTE.<br>LTD., *in personam*<br>_____ | )<br>)<br>)<br>)<br>) CASE NO. 1:19-cv-391-LG-RPM<br>)<br>) *Consolidated with:*<br>) CASE NO. 1:19-cv-395-LG-RPM<br>)<br>) |

## **UNOPPOSED MOTION FOR EXTENSION OF TIME**

COME NOW Defendants, M/V NOR GOLIATH, *in rem*, and Goliath Offshore Holdings Pte. Ltd., *in personam* (collectively "Goliath"), and respectfully request leave of this Court to extend the deadline for filing their response to McAllister Towing of New York, LLC's Motion for Summary Judgment (Doc. 437). The current deadline for submitting any response is March 1, 2021. Goliath requests an additional four days to do so; the new deadline would be March 5, 2021 if this motion is granted.

Counsel for Goliath has conferred with counsel for McAllister and has confirmed that McAllister is not opposed to this request.

**WHEREFORE**, for the reasons stated above Goliath respectfully requests that this Honorable Court extend the deadline for filing their response to March 5, 2021.

Done this the 1st day of March, 2021.

1

Respectfully submitted:

/s/Miles P. Clements
James G. Wyly, III (MS Bar 7415)
Phelps Dunbar LLP
2602 13th Street, Suite 300
Gulfport, Mississippi 39501
Telephone:  (228) 679-1130
Facsimile:  (228) 679-1131
E-Mail:  jim.wyly@phelps.com

Miles P. Clements, T.A. (LA Bar 4184)
Joseph E. Lee III (LA Bar 26968)
Zachary J. Ardoin (LA Bar 37575)
Phelps Dunbar LLP
365 Canal Street, Suite 2000
New Orleans, Louisiana  70130
Telephone:  (504) 566-1311
Facsimile:  (504) 568-9130
E-Mail:  miles.clements@phelps.com
 josh.lee@phelps.com
 zachary.ardoin@phelps.com

Counsel for Defendants M/V NOR GOLIATH, *in rem*, and Goliath Offshore Holdings Pte. Ltd., *in personam*

## Certificate of Service

I HEREBY CERTIFY that, on the 1st day of March, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, that service was accomplished through the Notice of Electronic Filing on Filing Users, and that service was accomplished on any party or counsel who is not a Filing User by other means in accordance with the Federal Rules of Civil Procedure and the Local Rules of this Court.

/s/Miles P. Clements