IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| ARC CONTROLS, INC., | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CASE NO. 1:19-cv-391-LG-RPM |
| | ) | |
| M/V NOR GOLIATH, *in rem*, and | ) | *Consolidated with:* |
| GOLIATH OFFSHORE HOLDINGS PTE. | ) | CASE NO. 1:19-cv-395-HSO-JCG |
| LTD., *in personam* | ) | |
| _____ | ) | |

## **DECLARATION OF RICHARD M. CURRENCE, JR.**

Pursuant to 28 U.S.C. 1746, Declarant Richard Currence, Jr. ("Declarant") does hereby declare, certify, and verify under penalty of perjury under the laws of the United States of America that the following is true and correct:

1. I am a person of the full age of majority, a resident of the State of Louisiana and competent to make this Declaration based on my personal information and knowledge.

2. I am the Owners' Representative of Goliath Offshore Holdings, Pte. Ltd, a foreign corporation and owner of the M/V NOR GOLIATH and provide industry knowledge to the Owners regarding the operations of the M/V NOR GOLIATH. (collectively, "Goliath").

3. I have an extensive background in vessel operations and offshore construction and structural decommissioning in the Gulf of Mexico. I am very familiar with the M/V NOR GOLIATH, its equipment and operations and have boarded and worked aboard the vessel many times over the past six years.

**EXHIBIT
A**

4. Goliath Offshore Holdings Pte. Ltd. is the owner of the M/V NOR GOLIATH ("vessel"), a self-propelled oceangoing ship equipped with cranes to perform heavy lifts for construction and in some cases platform decommissioning

5. The vessel is approximately 590.6 feet in length and 105 feet in width and is equipped with a Liebherr MTC 78000-1400 (1600 Metric Ton) Litronic crane and two Liebherr CBO 3600-100 (70 Metric Ton) Litronic auxiliary cranes.

6. The vessel is flagged out of the Marshall Islands and bears IMO Registration Number 9396933.

7. The M/V NOR GOLIATH could perform its function and has performed its function of performing heavy-lifts and decommissioning of oil and gas platforms without the use of material barges.

8. The M/V NOR GOLIATH has lifted entire platform components and moved those components on its own propulsion to another location for use in a Rig-to-Reef project without any assistance from another vessel or material barge.

9. In July of 2018, the vessel performed just such a project during the removal of the WC-504-A platform for Enven during a charter for Ranger/Epic.  Project plans, drawings and photographs are attached and came from the vessel records.

10. A photograph of the M/V NOR GOLAITH holding an offshore well jacket while underway to another location is attached to my Declaration.  The photograph is taken from the vessels' website.

Dated: June 9, 2021

Richard M. Currence, Jr.

2



Image: NOAA/FGBNMS/Schmahl

**GOLIATH OFFSHORE HOLDINGS PTE LTD**

# NOR GOLIATH

Nor Goliath is a DP3 inspection, maintenance, repair and heavy lift vessel with accommodation for 296 people. She is equipped with one 1,600mt Liebherr main crane and two 70mt auxiliary cranes and 4,200 m2 flush deck cargo space.

**VESSEL SPECIFICATIONS:**

- Build: 2009
- Flag: Marshall Islands
- Class: ABS + A1 + E + AMS + ACCU + ICE CO + ✕DP3 + HELIDECK + ES + FiFi
- Length (overall): 590.6 ft (180.0 m)
- Width: 105.0 ft (32.0 m)
- Draft (design/max): 24.6 ft (7.5 m)
- Draft (mean): 21.3 ft (6.5 m)
- Draft (max with retractable thrusters extended): 38.0 ft (11.6 m)
- Accommodation: 296
- Main crane: Liebherr MTC 7800-1400 (1600) Litronic, 1,600mt / 80m hook height

EXHIBIT

B



EXHIBIT
C



STEP 1: JACKET TOW

1. INSTALL JACKET-TO-GOLIATH SECUREMENT RIGGING.
2. PLACE SALVAGE BUMPERS OFF OF STERN.
3. LIFT JACKET 40'-0" PER RANGER JACKET LIFT/HANDLING DRAWING 01-600.
4. SLEW AFT AT APPROX. 37m RADIUS TO PLACE JACKET OFF STERN.
5. SECURE JACKET IN POSITION FOR TOW.

| | |
|---|---|
| JACKET = | 638MT |
| RIGGING = | 37MT |
| TOTAL = | 675MT |

MAX HOOK CAPACITY
7'/71°FULL REVOLVING = 1335MT
@37m RADIUS

RESERVE CAPACITY = 460MT

• MAX PULL COMPONENT WEIGHT | 1005 MT [1107 ST]
• RIGGING WEIGHT | 37MT [41ST]
• MAX HOOK LOAD | 1042MT [1148ST]

JACKET ORIENTATION, SALVAGE BUMPER PLACEMENT, JACKET SEPARATION FROM SIDE SHELL AND SOFT LINES TO VESSEL CHOCKS TO BE AT FIELD SUPERVISORS DISCRETION.

PLAN VIEW
SCALE: 1" = 50'-0"

| No | BY | DATE | ISSUE / REVISION |
|---|---|---|---|
| K | ABT | 12/13/17 | CORRECTED "MAX PULL COMPONENT WEIGHT" |
| L | ABT | 05/16/18 | REVISED TOW ORIENTATION |
| M | ABT | 06/12/18 | REVISED RIGGING WEIGHT & TOW POSN. |

RANGER OFFSHORE
Marine and Subsea Construction
& Support Services

ENVEN ENERGY CORPORATION
ENVEN SALVAGE CAMPAIGN

PHASE 1 – WC 504 "A" JACKET TOPPLING & REEF SITE

1 OF 2



JACKET TOPPLING

1. ARRIVE AT WC 586 REEF SITE WITH JACKET OFF GOLIATH'S STERN.
2. PLACE JACKET ON BOTTOM IN ORIENTATION SHOWN IN THE PLAN VIEW.
3. SLACK-OFF THE LIFT RIGGING AND DE-RIG FROM THE JACKET.
4. REPOSITION THE GOLIATH SUCH THAT THE STERN FACES ROW-A OF THE JACKET LEGS.
5. SLACK CONNACO WINCH AND MOVE THE GOLIATH 1500FT EAST OF THE JACKET.
6. REMOVE SLACK FROM THE WINCH CABLE, LOCK CONNACO WINCH AND USE VESSEL BOLLARD PULL
   TO TOPPLE JACKET.
7. SLOWLY RECOVER THE WINCH SLING AS THE GOLIATH MOVES TOWARDS THE JACKET.
   CUT OFF SACRIFICIAL SLING AS INDICATED BELOW.

NOTES:
209MT (230st) ESTIMATED TOPPLING FORCE
REQUIRED FOR 816MT (900st) ON BOTTOM
JACKET WEIGHT.

1500'-0"

STEP 6

PLAN VIEW

WINCH CABLE

(50'-8')(16")

(127'-5")

WATER LINE

WINCH CABLE

2" CLOSED
SPELTER SOCKET
(TYP (2) PLCS.)

125t (MIN.)
VAN BEEST
SHACKLE

85st (MIN.)
SHACKLE

ONSET OF
SELF TIPPING

150t (MIN.)
VAN BEEST
SHACKLE

CHOKED 2"x350'
SACRIFICIAL SLING
(MIN.)

DETAIL 1
SCALE: N.T.S.

2"x350'
SACRIFICIAL SLING
(MIN.)

REEF SITE
WC 586 MUDLINE
-123'

| No | BY | DATE | ISSUE / REVISION |
|----|----|------|------------------|
| F | ABT | 10/16/17 | REVISED RIG HEIGHT  & JACKET ARRIVAL |
| G | ABT | 10/30/17 | REVISED TO RIG TOPPLING TO BACK LEGS |
| H | ABT | 11/14/17 | REVISED RIGGING PER MARKUPS |
| I | ABT | 05/16/18 | REVISED SET-DOWN HEADING |

RANGER
OFFSHORE
Marine and Subsea Construction
& Support Services

ENVEN ENERGY CORPORATION
ENVEN SALVAGE CAMPAIGN

| | | |
|---|---|---|
| ENG | TG | WC 504 "A" | 147' WD |
| DATE | 08/31/17 | PHASE 1 – WC 504 "A" JACKET TOPPLING & REEF SITE | |
| | ABT | 09/28/17 | 1"=100'-0" | 7211-R01-DWG-1056-01-60 | 2 OF 2 |



## NOR Goliath Heavy Lift



### *Steps tobe Taken*

**Lifting of Jacket and swing it to stern to be transported to reefing site**

Place vessel on required heading on the lifting side of the jacket

HiPaP and Taut wire will be available for DP operations

DGPS's will be availables for DP operations

All thrusters to be enabled for DP

3 Generators per bus to be on line prior starting lifting

DP system to operate on DP3 mode

All controlers to be rebooted

Ballasting from 13 stbd to 13 port will take place 2.5 hr. prior lift commence

While doing so, keep  AH system in automatic mode

Make lift with MTC first pull of around 200tons

And then it's time to start transferring water from starboard to port with AH system IN MANUAL MODE while monitoring the load on MTC

The lifting will continue by stages with stops each determined weight according to the directions of the captain.

Once the jacket has taken off from the seabed and it is in a safe suspended position, give control to crane operator and Ranger people

Vessel to hold position until Ranger superintendent instructs to move away

Load will be swung to the Center line on the aft

Load will be held suspended on stern to be towed to reef site

Vessel to steam at 0.5-1 knt to the reef site.

Vessel to set on DP mode on reef location

Landing of jacket on seabed Hoppe to transfer water to starboard

And also ballast water to be transferred from 13P to 13S untill all load is gone and vessel zero list.



# NOR Goliath Heavy Lift



## *OverView*

**Lifting of Jacket and swing it to stern to be transported to reefing site**

(Lift will be conducted on the stern of main crane base and then swung to the CL to be tugged to reef site)

**Basic steps as follows :**

Place vessel on required heading and approach platform
Ballasting to be ready prior lift commence
Make lift with MTC first pull of around 200tons and observe footprint
Once observed all ok, MTC to come up on the hook until one degree list to stbd is reached aprox 450tons load
Proceed then with Hoppe in MANUAL mode to trannsfer water to port side and crane operator to be advising as the load increases
Master to determine when to stop the Hoppe and wait for the jacket to brake the mud suction to avoid sudden exsessive list
Once the jacket is free from bottom, give control to crane operator and Ranger people
Vessel to hold position until Ranger superintendent instructs to move away
Load will be held suspended on stern side for towing to reef site
Vessel to steam at 0.5-1 knt to the reef site.
Vessel to set on DP mode on reef location
Landing of jacket on seabed Hoppe to transfer water to starboard
And also ballast water to be transferred from 13P to 13S untill all load is gone and vessel zero list.





