UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| ARC CONTROLS, INC., <br>     Plaintiff, <br><br> v. <br><br> M/V NOR GOLIATH, *in rem*, and <br> GOLIATH OFFSHORE HOLDINGS PTE. <br> LTD., *in personam* | CASE NO. 1:19-cv-391-LG-RPM <br><br> *Consolidated with:* <br> CASE NO. 1:19-cv-395-LG-RPM |

## NOTICE OF BOND REDUCTION

**COME NOW,** through undersigned counsel, Defendants, M/V NOR GOLIATH, *in rem,* and Goliath Offshore Holdings Pte. Ltd., *in personam,* (collectively "Defendant" or "Goliath"), who file this Notice of bond reduction following this Court's August 19, 2021, Order reducing the surety bond required of Goliath to $704,719.29. **See R. Doc. 523.** The revised and reduced bond rider is attached hereto as Exhibit "A" and will be placed into the registry of the Court.

1

Respectfully submitted:

/s/ *James G. Wyly, III*
James G. Wyly, III, MS Bar 7415
Phelps Dunbar LLP
2602 13th Street, Suite 300
Gulfport, Mississippi 39501
info@phelps.com
Telephone: (228) 679-1130
Facsimile: (228) 679-1131
E-Mail: jim.wyly@phelps.com

-and-

Miles P. Clements, T.A. (4184)
Joseph E. Lee III (26968)
Zachary J. Ardoin (37575)
Phelps Dunbar LLP
Canal Place
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130
Telephone: (504) 566-1311
Facsimile: (504) 568-9130
E-Mail: miles.clements@phelps.com
josh.lee@phelps.com

Counsel for Defendants M/V NOR GOLIATH, *in rem*, and GOLIATH OFFSHORE HOLDINGS PTE. LTD., *in personam*

## Certificate of Service

I HEREBY CERTIFY that, on August 23, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, that service was accomplished through the Notice of Electronic Filing on Filing Users, and that service was accomplished on any party or counsel who is not a Filing User by other means in accordance with the Federal Rules of Civil Procedure and the Local Rules of this Court.

/s/ *James G. Wyly, III*