IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| ARC CONTROLS, INC. | PLAINTIFF |
| v. | CAUSE NO. 1:19CV391-LG-RPM |
| M/V NOR GOLIATH *in rem,* and GOLIATH OFFSHORE HOLDINGS, PTE. LTD., *in personam* | DEFENDANTS |

*consolidated with*

| | |
|---|---|
| DAN BUNKERING (AMERICA) INC. | PLAINTIFF |
| v. | CAUSE NO. 1:19cv935-LG-RPM |
| NOR GOLIATH in rem; GOLIATH OFFSHORE HOLDING PRIVATE LIMITED in personam; EPIC COMPANIES, LLC in personam; EPIC APPLIED TECHNOLOGIES, LLC | DEFENDANTS |

## AGREED ORDER OF DISMISSAL

The parties have agreed to and announced to the Court a settlement of the following parties' claims against M/V NOR GOLIATH and Goliath Offshore Holding Private Limited: C-MAR America, Inc., and International Marine & Engineering Services Jersey Limited. The Court being advised that these parties have an informed understanding of their rights and a full appreciation of the consequences of the settlement,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the claims of C-MAR America, Inc., and International Marine & Engineering Services Jersey Limited against M/V NOR GOLIATH and Goliath Offshore Holding Private Limited are **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 29th day of September, 2021.

s/ *Louis Guirola, Jr.*
Louis Guirola, Jr.
United States District Judge