# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **ARC CONTROLS, INC., et al.** | § | |
| | § | |
| **Plaintiffs** | § | |
| | § | **CIVIL ACTION NO. 1:19-391-LG-RPM** |
| | § | |
| **Versus** | § | |
| | § | *Consolidated with:* |
| **NOR GOLIATH** *in rem* | § | **Case No. 1:19-cv-00395-HSO-JCG** |
| **GOLIATH OFFSHORE HOLDING** | § | |
| **PRIVATE LIMITED** *in personam* | § | |
| | § | |
| | § | |
| **Defendants** | § | |

## ENTIER U.S.A., INC.'S MOTION FOR VOLUNTARY DISMISSAL

**COMES NOW**, through undersigned counsel, Entier U.S.A., Inc. ("Entier"), who files this voluntary motion to dismiss its claims against the M/V NOR GOLIATH and Goliath Offshore Holding Private Limited ("Goliath"). Entier and Goliath have reached a settlement of Entier's claim in this matter. Entier, therefore, seeks to dismiss all of its claims against Goliath with prejudice. Entier is withdrawing all claims against Goliath and NOR GOLIATH, including claims for payment of Entier's invoices, interest, attorneys' fees and costs.

Respectfully submitted,

ADAM AND REESE LLP

/s/ *Matthew C. Guy*
Matthew C. Guy, PHV
ADAMS AND REESE LLP
701 Poydras Street, Suite 4500
New Orleans, Louisiana 70139
Telephone:    504-585-0336
Facsimile:     504-553-9776
matthew.guy@arlaw.com

*Attorney for Entier U.S.A., Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing document with the Clerk of the Court using the ECF electronic filing system, which sent notification of such filing to all counsel of record.

This the 13th day of May, 2022.

/s/ *Matthew C. Guy*
Matthew C. Guy,