IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| ARC CONTROLS, INC. | PLAINTIFF |
| v. | CAUSE NO. 1:19CV391-LG-RPM |
| M/V NOR GOLIATH *in rem,* and GOLIATH OFFSHORE HOLDINGS, PTE. LTD., *in personam* | DEFENDANTS |

*consolidated with*

| | |
|---|---|
| DAN BUNKERING (AMERICA) INC. | PLAINTIFF |
| v. | CAUSE NO. 1:19cv935-LG-RPM |
| NOR GOLIATH in rem; GOLIATH OFFSHORE HOLDING PRIVATE LIMITED in personam; EPIC COMPANIES, LLC in personam; EPIC APPLIED TECHNOLOGIES, LLC | DEFENDANTS |

### ORDER GRANTING ENTIER U.S.A., INC.'S
### MOTION FOR VOLUNTARY DISMISSAL

**BEFORE THE COURT** is the [532] Motion for Voluntary Dismissal filed by Entier U.S.A., Inc. Entier wishes to dismiss its claims against M/V NOR GOLIATH and Goliath Offshore Holding Private Limited because the parties have reached a settlement of Entier's claim. After reviewing the Motion, the record in this matter, and the applicable law, the Court finds that Entier's Motion to dismiss its claims should be granted.

-2-

**IT IS THEREFORE ORDERED AND ADJUDGED** that the [532] Motion for Voluntary Dismissal filed by Entier U.S.A., Inc., is **GRANTED**. Entier's claims against M/V NOR GOLIATH and Goliath Offshore Holding Private Limited, including claims for payment of Entier's invoices, interest, attorneys' fees, and costs, are hereby **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 18th day of May, 2022.

s/ *Louis Guirola, Jr.*
Louis Guirola, Jr.
United States District Judge